David J. KLINE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 26, 2016

Supreme Court of Delaware.

Submitted: March 28, 2016

---

47. *Cooke v. State,* 97 A.3d 513, 528 (Del. 2014).

48. *Id.*

Decided: April 12, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1506008326.

DISMISSED.